UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:12-cv-01057-MMH-JBT

SOPHIE JOANNE BALGOCHIAN,

   Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

   Defendant.
_____/

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of the Middle District of Florida, Plaintiff's Notice of Settlement with all claims pending having been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved. Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Respectfully submitted,
SOPHIE JOANNE BALGOCHIAN

By: s/ Alex D. Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Rd, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY THAT this Notice was filed on this 30th day of August, 2013, by means of the CM/ECF system which will send notice of electronic filing to the following: Mr. Robert E. Sickles, rsickles@hinshawlaw.com.

                                                      By: s/ Alex Weisberg
                                                      ALEX D. WEISBERG
                                                      FBN: 0566551
                                                      WEISBERG & MEYERS, LLC
                                                      ATTORNEYS FOR PLAINTIFF
                                                      5722 S. Flamingo Road, Ste. 656
                                                      Cooper City, FL 33330
                                                      (954) 212-2184
                                                      (866) 577-0963 fax
                                                      aweisberg@attorneysforconsumers.com