UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:12-cv-01057-MMH-JBT

SOPHIE JOANNE BALGOCHIAN,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.
_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COMES now all parties in the above titled action and represents to the Court that this matter, regarding Plaintiff's claims against Defendant, the parties jointly dismiss the action, and would request an entry of Final Order of Dismissal with Prejudice in this matter, with each party to bear its own costs and attorneys' fees.

Dated this 29th day of October, 2013.

| | |
|---|---|
| /s/ Alex D. Weisberg | /s/ Robert E. Sickles |
| Alex Weisberg, Esq. | Robert E. Sickles |
| FBN: 0566551 | FBN: 167444 |
| Weisberg & Meyers, LLC | Hinshaw & Culbertson |
| 5722 S. Flamingo Road, Ste. 656 | 100 S. Ashley Drive, Ste 500 |
| Cooper City, FL 33330 | Tampa FL 33602 |
| Attorney for Plaintiff | Attorneys for Defendant |

## CERTIFICATE OF SERVICE VIA ELECTRONIC MAIL

I, Alex D. Weisberg, certify that a true and correct copy of the foregoing Notice was served via electronic mail on the following: Mr. Robert E. Sickles, at rsickles@hinshawlaw.com, on October 29, 2013.

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com